# IN THE SUPREME COURT OF THE STATE OF NEVADA

MIDFIRST BANK,
Appellant,
vs.
MR. PROPERTY, INC., A DOMESTIC
NEVADA CORPORATION,
Respondent.

No. 69972

**FILED**

AUG 2 2 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On June 29, 2017, we entered an order granting rehearing and reinstating this appeal. Our order directed appellant to file either (1) a stipulation or motion to dismiss this appeal or (2) the opening brief by July 31, 2017, and noted that failure to comply in a timely manner would result in dismissal of this appeal. To date, appellant has not complied with our June 29, 2017, order or otherwise communicated with this court. Accordingly, this appeal is dismissed.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

17-28081

cc: Hon. Linda Marie Bell, District Judge
Janet Trost, Settlement Judge
McCarthy & Holthus, LLP/Las Vegas
Olympia Law, P.C.
Law Offices of P. Sterling Kerr
Eighth District Court Clerk